IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAY CRUZ-PEREZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PENN NATIONAL GAMING, INC., and HC JOLIET, LLC d/b/a HOLLYWOOD CASINO JOLIET,<br><br>Defendants. | Case No. 1:20-cv-02577 |

**PLAINTIFF'S MOTION FOR**
**<u>FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

Plaintiff Ray Cruz-Perez, through his counsel, moves this Court to grant final approval of the class action settlement reached in this matter. In support of this Motion, Plaintiff submits a supporting Memorandum of Law in Support of his Motion for Final Approval of Class Action Settlement, and he previously submitted a Motion to Award Attorneys' Fees and Litigation Expenses to Class Counsel and a Service Award to the Named Plaintiff (Doc. 54). Plaintiff requests that the Court enter the Proposed Order Granting Final Approval of Class Action Settlement, attached as Exhibit 3 to the Memorandum of Law.

i

Dated: October 26, 2021  Respectfully submitted,

**WERMAN SALAS P.C.**
Douglas M. Werman
Maureen A. Salas
77 W. Washington Street, Suite 1402
Chicago, IL 60602
Telephone: 312-419-1008
Facsimile: 312-419-1025
Email: dwerman@flsalaw.com
Email: msalas@flsalaw.com

**STUEVE SIEGEL HANSON LLP**
*/s/ Alexander T. Ricke*
George A. Hanson, MO Bar No. 43450
*Appearing pro hac vice*
Alexander T. Ricke, MO Bar No. 65132
*Appearing pro hac vice*
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: 816-714-7100
Facsimile: 816-714-7101
Email: hanson@stuevesiegel.com
Email: ricke@stuevesiegel.com

**McCLELLAND LAW FIRM, P.C.**
Ryan L. McClelland, MO Bar No. 59343
*Appearing pro hac vice*
Michael J. Rahmberg, MO Bar No. 66979
*Appearing pro hac vice*
The Flagship Building
200 Westwoods Drive
Liberty, Missouri 64068-1170
Telephone: 816-781-0002
Facsimile: 816-781-1984
Email: ryan@mcclellandlawfirm.com
Email: mrahmberg@mcclellandlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2021, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

                                       */s/ Alexander T. Ricke*

                                  **ATTORNEY FOR PLAINTIFF**