# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ray Cruz–Perez

                        Plaintiff,

v.                                          Case No.: 1:20–cv–02577
                                                     Honorable Franklin U. Valderrama

Penn National Gaming, Inc, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 16, 2021:

      MINUTE entry before the Honorable Franklin U. Valderrama: Final approval hearing held on 11/16/2021. All parties appeared telephonically. For the reasons stated in open court, the Court grants final approval of settlement, Plaintiff's Motion for Final Approval of Class Action Settlement [55], and Plaintiff's Motion to Award Attorneys' Fees and Litigation Expenses to Class Counsel and a Service Award to the Named Plaintiff [54]. Enter Final Approval Order. The civil case is terminated. Mailed notice (axc.)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.